### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**KATHERINE KABASI**                                                                                       **PLAINTIFF**

**v.**                                                            **CIVIL ACTION NO. 1:21-cv-388-TBM-RPM**

**CLEARONE ADVANTAGE, LLC d/b/a**
**CLEARONE FINANCIAL**                                                                                  **DEFENDANT**

## FINAL JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered this same day granting ClearOne Advantage LLC's Motion to Compel Arbitration and Stay Proceedings [6],

IT IS THEREFORE ORDERED that this case is administratively closed for statistical purposes. The Clerk of the Court is directed to administratively close this case.

THIS, the 29th day of July, 2022.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE